**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MANUEL CRUZ-BARRAGAN,

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTION CENTER, *et al.*,

Respondents.

No. 1:26-cv-06440-JLT-CDB (HC)

A-Number: A-222-597-330

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT

(Docs. 1, 8)

Petitioner Manuel Cruz-Barragan, a federal immigration detainee proceeding pro se, initiated this action on August 13, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for immediate release or alternatively for a bond hearing while in the custody of Immigration and Customs Enforcement ("ICE") at the California City Detention Facility. (Docs. 1, 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On October 9, 2026, the assigned magistrate judge issued findings and recommendations to dismiss Petitioner's petition for writ of habeas corpus as moot based on Petitioner's release on bond on August 13, 2026, following a notice of custody redetermination hearing before an immigration judge. (Doc. 8.) The Court served the findings and recommendations on all parties and contained notice that any objections were to be filed within 14 days of the date of service

thereof. *Id.* at 3-4. No objections have been filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on October 9, 2026 (Doc. 8) are **ADOPTED** in full.
2. Petitioner's petition for writ of habeas corpus (Doc. 1) and request for immediate release or, in the alternative, for a bond hearing (Doc. 2) are **DISMISSED** as moot; and
3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE